No. 97–5161. DETRICH v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 97–5162. HUTSON v. SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–5163. HEWITT v. LAWSON. Ct. Sp. App. Md. Certiorari denied.

No. 97–5164. QUILLEN v. SOUTHWEST VIRGINIA PRODUCTION CREDIT ASSN. Sup. Ct. Va. Certiorari denied.

No. 97–5165. RAINERI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–5166. FERRERA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–5167. GUNTHER v. NIAGARA MOHAWK POWER CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–5168. FONTENOT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5169. ZANDERS v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 97–5170. WASHINGTON v. BRUSSTAR. Ct. App. Mich. Certiorari denied.

No. 97–5171. REED v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5172. ROGERS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–5174. CHISHOLM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5175. BOOTH v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–5177. BROADWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.